```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14016
   DAVIE L PIERSON SR
   ORA M PIERSON                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6620    SSN XXX-XX-4663

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/30/2006 and was confirmed 04/11/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG          .00           .00          .00
SST INC                   SECURED VEHIC      3812.00           .00      3812.00
SST INC                   UNSECURED        NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  FILED LATE          106.99           .00          .00
CITY OF CHICAGO PARKING   FILED LATE          980.00           .00          .00
COOK COUNTY TREASURER     SECURED             550.29           .00       550.29
DEARBORN FEDERAL CREDIT   UNSECURED        NOT FILED           .00          .00
HOUSEHOLD                 UNSECURED        NOT FILED           .00          .00
HSBC BANK                 UNSECURED        NOT FILED           .00          .00
MERRICK BANK              UNSECURED        NOT FILED           .00          .00
AMERICAS SERVICING CO     NOTICE ONLY      NOT FILED           .00          .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE     15619.68           .00          .00
COOK COUNTY TREASURER     NOTICE ONLY      NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  FILED LATE         1208.98           .00          .00
JEFFREY COLLINS           DEBTOR ATTY       1,875.00                    1,012.33
TOM VAUGHN                TRUSTEE                                         368.38
DEBTOR REFUND             REFUND                                          536.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              6,279.00

PRIORITY                                           .00
SECURED                                       4,362.29
UNSECURED                                          .00
ADMINISTRATIVE                                1,012.33
TRUSTEE COMPENSATION                            368.38
DEBTOR REFUND                                   536.00
                    ---------------        ---------------
TOTALS               6,279.00                 6,279.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 14016 DAVIE L PIERSON SR & ORA M PIERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE